| Fill in this information to identify the case: |
| --- |
| Debtor name   DRW Services, Inc. |
| United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known)   18-18995 |

☐ Check if this is an
amended filing

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct.

- ■ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
- ■ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
- ■ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
- ☐ *Schedule H: Codebtors (Official Form 206H)*
- ☐ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
- ■ *Amended Schedule*  creditor list
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   August 6, 2018        X _____
                                       Signature of individual signing on behalf of debtor

                                       Robert L. Gurin
                                       Printed name

                                       Chief Executive Officer
                                       Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **DRW Services, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | **18-18995** |

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

| | | | | Current value of debtor's interest |
|---|---|---|---|---|
| 2. | Cash on hand | | | $589.57 |

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Providence Bank** | checking | 3937 | $5,000.00 |
| 3.2. | **BMO Harris** | checking | | $386.00 |

**4. Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | **ByLine Bank**<br>**(held by Byline Bank, representing wrongful taking of insurance proceeds from fire loss suffered 1/17/17)** | $625,000.00 |

| | | |
|---|---|---|
| 5. | **Total of Part 1.**<br>Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $630,975.57 |

### Part 2:   Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Debtor | DRW Services, inc. | | Case number *(If known)*  18-18995 |
|---|---|---|---|
| | Name | | |

**Accounts receivable**

**10. Does the debtor have any accounts receivable?**

□ No.  Go to Part 4.
■ Yes  Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:       **176,000.00**        –        0.00  = ....        **$176,000.00**
                                                    face amount                                          doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                                                **$176,000.00**

      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
□ Yes  Fill in the information below.

**Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

□ No.  Go to Part 6.
■ Yes  Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    Raw materials | | | | |
| 20.    Work in progress cost | | $0.00 | | $24,258.17 |
| 21.    Finished goods, including goods held for resale piping, manhole covers, nozzles | | $0.00 | | $304,193.48 |
| 22.    Other inventory or supplies | | | | |

23.    **Total of Part 5.**                                                                                                **$328,451.65**

      Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
      ■ No
      □ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
      ■ No
      □ Yes. Book value _____    Valuation method _____    Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
      ■ No
      □ Yes

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property              page 2

| Debtor | **DRW Services, Inc.** | Case number *(If known)* **18-18995** |
|---|---|---|
| | Name | |

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Printer, computers, platter, server, and software | $0.00 | | $45,000.00 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.                                                       $45,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **1991 WC trailer #1WC200J20M1051245** | $0.00 | | $6,000.00 |
| 47.2. **1998 Integrity Trailer #002527** | $0.00 | | $7,000.00 |
| 47.3. **2000 McKee Utility #1M9BA1621YL510160** | $0.00 | | $8,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **DRW Services, Inc.**                                        Case number *(If known)* **18-18995**
          Name

| | | | |
|---|---|---|---|
| 47.4. | **2002 Chevy C39**<br>1GBJC39182F139791 | $0.00 | $19,000.00 |
| 47.5. | **2003 GMC #1GTHC24193E250188** | $0.00 | $9,500.00 |
| 47.6. | **2006 Beaver Creek**<br>#1B9FS16236J202196 | $0.00 | $7,000.00 |
| 47.7. | **2002 Chevy Box #1GBHG31R821138576** | $0.00 | $6,000.00 |
| 47.8. | **2008 Ford F - 150**<br>#1FTPW14V88FA13970 | $0.00 | $5,000.00 |
| 47.9. | **2008 GMC #1GDE4C1948F411074** | $0.00 | $35,000.00 |
| 47.10. | **2011 Beaver Creek**<br>#1B9FW2227BJ202051 | $0.00 | $10,000.00 |
| 47.11. | **2012 Ford #1FDUF5GTXCEC19497** | $0.00 | $45,000.00 |
| 47.12. | **2015 Ford Transit**<br>#1FTSW3XG3FKA71511 | $0.00 | $30,000.00 |
| 47.13. | **2015 Ford Transit**<br>#1FTSW2XG0FKA25439 | $0.00 | $30,000.00 |
| 47.14. | **2016 Chevy Silverado**<br>#1GCVKRECOGZZ334946 | $0.00 | $38,000.00 |
| 47.15. | **2017 Ford Transit**<br>#1FTYR2XGXHKB03692 | $0.00 | $38,000.00 |
| 47.16. | **1998 WC #1WC200G20J1042354** | $0.00 | $6,000.00 |
| 47.17. | **2017 Ford F550 dump truck**<br>#1FD0X5GY3H3C03270 | $0.00 | $60,000.00 |
| 47.18. | **2018 Ford F150 #1FTEW1EG8JKC48101** | $0.00 | $45,000.00 |
| 47.19. | **2007 NH #135269** | $0.00 | $20,000.00 |
| 47.20. | **New Holland Skid Steer #NGM416201** | $0.00 | $69,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | DRW Services, Inc. | | Case number *(If known)*  18-18995 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 47.21 | **2017 Yale Forklift #A390V03425R** | $0.00 | $26,800.00 |
| 47.22 | **2017 Doosan Diesel Air Compressor #477178UFAAF63** | $0.00 | $22,600.00 |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | |
|---|---|---|
| Indirect heater #24255798 | $0.00 | $5,437.50 |
| Air shaver | $0.00 | $3,340.00 |
| Cheswald #6586 | $0.00 | $6,224.66 |
| Trash Pump #wawj - 1036393 | $0.00 | $1,666.00 |
| Trash Pump #waaj - 117395 | $0.00 | $1,322.00 |
| Breaker #mhn064419 | $0.00 | $780.00 |
| Cut off saw #183001284 | $0.00 | $850.00 |
| Cut off saw #2164900034 | $0.00 | $507.07 |

51.   **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| |
|---|
| $563,027.23 |

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:**   **Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**   **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **DRW Services, Inc.** | Case number *(if known)* **18-18995** |
|---|---|---|
| | Name | |

■ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities**<br>**State Auto claim for losses sustained 1/17/17** | |
| | **Approximately -** | **$450,000.00** |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$450,000.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

Debtor    __DRW Services, Inc._____    Case number *(If known)*  __18-18995__
     Name

## Part 12:    Summary

In **Part 12** copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $630,975.57 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $176,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $328,451.65 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $45,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $563,027.23 | |
| 88. **Real property.** *Copy line 56, Part 9.....................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $450,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,193,454.45 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,193,454.45 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **DRW Services, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  **18-18995**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                        12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br><br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **ALLY FINANCIAL**<br>Creditor's Name<br><br>**P.O. BOX 380902**<br>**BLOOMINGTON, MI 55438**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**2016 Chevy Silverado**<br>**#1GCVKRECOGZZ334946**<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$61,534.46** | **$38,000.00** |
| **2.2** **ALLY FINANCIAL**<br>Creditor's Name<br><br>**P.O. BOX 380902**<br>**BLOOMINGTON, MI 55438**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property? | Describe debtor's property that is subject to a lien<br>**2017 Ford Transit  #1FTYR2XGXHKB03692**<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply | **$29,000.00** | **$38,000.00** |

| Debtor | DRW Services, Inc. | Case number (if know) | 18-18995 |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **B&B CONSTRUCTION** | | |
|---|---|---|---|

Creditor's Name

**1288 BUNGALOW ROAD
MORRIS, IL 60450**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | | |
|---|---|---|

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**for work done on 600 Joe Orr Rd. property in
Chicago Heights, IL (owned by RLG & Son's,
Inc.)**

**Describe the lien**
**Second Mortgage**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$18,000.00 | $150,000.00

---

| 2.4 | **Byline Bank** | | |
|---|---|---|---|

Creditor's Name

**10 Martingale Rd., Ste. 100
Schaumburg, IL 60173**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0274**

| Do multiple creditors have an interest in the same property? | | |
|---|---|---|

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Real estate, inventory, equipment, accounts
receivable located at 600 E. Joe Orr Rd.,
Chicago Heights, IL**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$74,000.00 | $1,100,000.00

---

| 2.5 | **CNH INDUSTRIAL CAPITAL** | | |
|---|---|---|---|

Creditor's Name

**P.O. BOX 3600
LANCASTER, PA 17604**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**New Holland Skid Steer #NGM416201**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

$51,000.00 | $69,000.00

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | DRW Services, Inc. | Case number (if know) | 18-18995 |
| --- | --- | --- | --- |
| | Name | | |

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | | |
| --- | --- | --- | --- | --- |
| 2.6 | **FIRST INSURANCE FUNDING** | Describe debtor's property that is subject to a lien | $14,616.06 | Unknown |
| | Creditor's Name | **Insurance premium funding; general and professional liability** | | |

**P.O. BOX 7000
CAROL STREAM, IL 60197**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | | |
| --- | --- | --- | --- | --- |
| 2.7 | **Ford Motor Credit** | Describe debtor's property that is subject to a lien | $15,000.00 | $30,000.00 |
| | Creditor's Name | **2015 Ford Transit #1FTSW2XG0FKA25439** | | |

**PO Box 219686 AC
Kansas City, MO 64121**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | | |
| --- | --- | --- | --- | --- |
| 2.8 | **Ford Motor Credit** | Describe debtor's property that is subject to a lien | $40,000.00 | $45,000.00 |

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 3 of 6

Debtor    **DRW Services, Inc.**
<br>Name

Case number (if know)    **18-18995**

---

Creditor's Name

**2018 Ford F150 #1FTEW1EG8JKC48101**

**PO Box 219686 AC**
**Kansas City, MO 64121**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.9 | **Ford Motor Credit** | Describe debtor's property that is subject to a lien | $22,000.00 | $30,000.00 |

Creditor's Name

**2015 Ford Transit #1FTSW3XG3FKA71511**

**PO Box 219686 AC**
**Kansas City, MO 64121**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.1 0 | **Ford Motor Credit** | Describe debtor's property that is subject to a lien | $50,000.00 | $60,000.00 |

Creditor's Name

**2017 Ford F550 dump truck**
**#1FD0X5GY3H3C03270**

**PO Box 219686 AC**
**Kansas City, MO 64121**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

---

Official Form 206D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 4 of 6

Debtor   **DRW Services, Inc.**                                                          Case number (if know)   **18-18995**
_____
Name

| | |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, | ☐ Unliquidated |
| including this creditor and its relative | ☐ Disputed |
| priority. | |

---

**2.1 1**

| | | | |
|---|---|---|---|
| **HYG FINANCIAL SERVICES** | Describe debtor's property that is subject to a lien | **$19,000.00** | **$26,800.00** |
| Creditor's Name | **2017 Yale Forklift #A390V03425R** | | |

**P.O. BOX 14545**
**DES MOINES, IA 50306**
_____
Creditor's mailing address                         Describe the lien

                                                   **Is the creditor an insider or related party?**
                                                   ☑ No
_____        ☐ Yes
Creditor's email address, if known                 **Is anyone else liable on this claim?**
                                                   ☑ No
**Date debt was incurred**                         ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an** | **As of the petition filing date, the claim is:** |
| **interest in the same property?** | Check all that apply |
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, | ☐ Unliquidated |
| including this creditor and its relative | ☐ Disputed |
| priority. | |

---

**2.1 2**

| | | | |
|---|---|---|---|
| **ondeck line of credit** | Describe debtor's property that is subject to a lien | **$24,144.84** | Unknown |
| Creditor's Name | **lien on debtor's assets subordinate to Byline** | | |

**901 n stuart st suite 700**
**ARLINGTON, VA 22203**
_____
Creditor's mailing address                         Describe the lien

                                                   **Is the creditor an insider or related party?**
                                                   ☑ No
_____        ☐ Yes
Creditor's email address, if known                 **Is anyone else liable on this claim?**
                                                   ☑ No
**Date debt was incurred**                         ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an** | **As of the petition filing date, the claim is:** |
| **interest in the same property?** | Check all that apply |
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, | ☐ Unliquidated |
| including this creditor and its relative | ☐ Disputed |
| priority. | |

---

**2.1 3**

| | | | |
|---|---|---|---|
| **Wacker Neuson Finance** | Describe debtor's property that is subject to a lien | **$1,011.20** | **$5,437.50** |
| Creditor's Name | **indirect heater #24255798** | | |

**PO Box 660831**
**Dallas, TX 75266-0831**
_____
Creditor's mailing address                         Describe the lien

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | DRW Services, Inc. | | Case number (if know) | 18-18995 |
| | Name | | | |

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

Creditor's email address, if known

■ No

Date debt was incurred

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.1 4 | **WELLS FARGO VENDOR FIN SERV** | Describe debtor's property that is subject to a lien | $14,024.59 | $22,600.00 |
| | Creditor's Name | **2017 Doosan Diesel Air Compressor #477178UFAAF63** | | |

**P.O. BOX 105742**
**ATLANTA, GA 30348-5743**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

Date debt was incurred

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any      $433,331.15

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **Wells Fargo**<br>**PO Box 3072**<br>**Cedar Rapids, IA 52406-3072** | Line  **2.14** | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name  __DRW Services, Inc.__

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  __18-18995__

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**1212 NORTH BRANCH**<br>**50 N. GARDEN AVE**<br>**ROSELLE, IL 60172**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$21,715.00** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**AAA SUPPLY CORP**<br>**608 RT 41**<br>**SCHERERVILLE, IN 46375**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$100.47** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**AIRGAS USA, LLC**<br>**6055 ROCKSIDE WOODS BLVD N**<br>**INDEPENDENCE, OH 44131**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$340.92** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**AMERICAN CLASSIC REBAR**<br>**15810 SUNTONE DR**<br>**SOUTH HOLLAND, IL 60473**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$110.00** |

| Debtor | DRW Services, Inc. | Case number (if known) | 18-18995 |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | American Express<br>Box 0001<br>Los Angeles, CA 90096-8000 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $335.00 |
|---|---|---|---|
| | AMERICAN TELEPHONE<br>27 N WACKER DR #559<br>CHICAGO, IL 60606 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,919.89 |
|---|---|---|---|
| | ANDERSON PUMP SERVICE<br>19659 S 97TH AVE<br>MOKENA, IL 60445 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,241.91 |
|---|---|---|---|
| | ARCO ELECTRIC COMPANY<br>3333 E 143RD ST<br>BURNHAM, IL 60633 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,722.06 |
|---|---|---|---|
| | BADGER DAYLIGHTING CORP<br>8930 MOTORSPORTS WAY<br>BROWNSBURG, IN 46112 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,305.50 |
|---|---|---|---|
| | BEACON SSI<br>2413 7TH AVE<br>NORTH RIVERSIDE, IL 60546 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $129.94 |
|---|---|---|---|
| | BENNETT PUMP COMPANY<br>1218 E. PONTALUNA ROAD<br>SPRING LAKE, MI 49456 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| | |
|---|---|
| Debtor | **DRW Services, Inc.** |
| | Name |

Case number (if known)    **18-18995**

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$177.71** |
|---|---|---|---|
| | BRANICK INSUDTRIES INC | ☐ Contingent | |
| | P.O. BOX 1937 | ☐ Unliquidated | |
| | FARGO, ND 58107 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,538.34** |
|---|---|---|---|
| | BRAVO SYSTEMS | ☐ Contingent | |
| | 2929 VAIL AVENUE | ☐ Unliquidated | |
| | COMMERCE, CA 90040 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$430.00** |
|---|---|---|---|
| | BRITES TRANSPORTATION | ☐ Contingent | |
| | 330 E JOE ORR RD | ☐ Unliquidated | |
| | CHICAGO HEIGHTS, IL 60411 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,900.00** |
|---|---|---|---|
| | CALUMET WASTE & RECYCLING | ☐ Contingent | |
| | 1101 EAST 139TH STREET | ☐ Unliquidated | |
| | EAST CHICAGO, IN 46312 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,748.69** |
|---|---|---|---|
| | CAPITAL ONE | ☐ Contingent | |
| | P.O. BOX 6492 | ☐ Unliquidated | |
| | CAROL STREAM, IL 60197 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$566.30** |
|---|---|---|---|
| | CARROLL-NET INC | ☐ Contingent | |
| | 905 MAIN STREET | ☐ Unliquidated | |
| | HACKENSACK, NJ 07601 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39,047.28** |
|---|---|---|---|
| | CITI BUSINESS CARD | ☐ Contingent | |
| | P.O. BOX 9001037 | ☐ Unliquidated | |
| | LOUISVILLE, KY 40290 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | DRW Services, Inc. | Case number (if known) | 18-18995 |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,258.90 |
|---|---|---|---|

**CNH INDUSTRIAL/PRODUCTIVITY PLUS**
DEPT. 18 - 1138201169
P.O. BOX 78004
PHOENIX, AZ 85062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,624.01 |
|---|---|---|---|

**COLUMBIA PIPE & SUPPLY**
23671 NETWORK PLACE
CHICAGO, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $196.87 |
|---|---|---|---|

**COMMONWEALTH EDISON**
P.O. BOX 6111
CAROL STREAM, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $249.00 |
|---|---|---|---|

**CONTAINMENT SOLUTIONS**
333 N RIVERSHIRE DR., STE 190
CONROE, TX 77304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,382.39 |
|---|---|---|---|

**COOK COUNTY TREASURER**
P.O. BOX 805438
CHICAGO, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,528.00 |
|---|---|---|---|

**CROSSTOWN ELECTRIC**
701 FARGO AVENUE
ELK GROVE VILLAGE, IL 60007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $290.00 |
|---|---|---|---|

**DAVIS McGRATH LLC**
125 SOUTH WACKER DRIVE, SUITE 1380
CHICAGO, IL 60606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | DRW Services, Inc. | Case number (if known) | 18-18995 |
|---|---|---|---|
| | Name | | |

---

**3.26** | Nonpriority creditor's name and mailing address
DOUGLAS HARMON
1923 CALLA DRIVE
JOLIET, IL 60435

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$20,405.64

---

**3.27** | Nonpriority creditor's name and mailing address
DROP ZONE PORTABLE SERVICES
312 ALESSIO DR.
JOLIET, IL 60435

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$3,186.00

---

**3.28** | Nonpriority creditor's name and mailing address
DYKSTRA CONCRETE COMPANY
13768 S KILDARE AVENUE
CRESTWOOD, IL 60445

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$47,200.00

---

**3.29** | Nonpriority creditor's name and mailing address
Edmond M. Burke
Chuhak & Tecson PC
30 S. Wacker Dr., Ste. 2600
Chicago, IL 60606

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE ONLY**
**Attorney for Byline Bank**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.30** | Nonpriority creditor's name and mailing address
ELGEE METER CO
P.O. BOX 595
JOLIET, IL 60634

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$7,427.02

---

**3.31** | Nonpriority creditor's name and mailing address
ENVIRONMENTAL MANUFACTURING
8887 GREEN VALLEY DRIVE
MANHATTAN, KS 66502

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1,453.50

---

**3.32** | Nonpriority creditor's name and mailing address
ESCO SERVICES INC
7200 19 MILE RD.
STERLING HEIGHTS, MI 48314

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$3,097.80

---

| Debtor | DRW Services, Inc. | Case number (if known) | 18-18995 |
|---|---|---|---|
| | Name | | |

---

**3.33** Nonpriority creditor's name and mailing address
FASTENAL COMPANY
P.O. BOX 1286
WINONA, MN 55986

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$134.87**

---

**3.34** Nonpriority creditor's name and mailing address
FASTENAL COMPANY
P.O. BOX 978
WINONA, MN 55987

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$637.75**

---

**3.35** Nonpriority creditor's name and mailing address
FIBERGLASS SOLUTIONS INC
436 BELDEN AVENUE
ADDISON, IL 60101

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,081.00**

---

**3.36** Nonpriority creditor's name and mailing address
FUTURE ENVIRONMENTAL
19701 SOUTH 97TH AVE
MOKENA, IL 60448

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,322.50**

---

**3.37** Nonpriority creditor's name and mailing address
GASAWAY MAINTENANCE CO
P.O. BOX 4986
OAK BROOK, IL 60522

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,552.50**

---

**3.38** Nonpriority creditor's name and mailing address
GLOBE MIDWEST
25800 NORTHWESTERN HIGHWAY, SUITE 885
SOUTHFIELD, MI 48075

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$62,283.95**

---

**3.39** Nonpriority creditor's name and mailing address
GRAINGER
DEPT. 801721267
PALATINE, IL 60038

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$126.48**

---

| Debtor | DRW Services, Inc. | Case number (if known) | 18-18995 |
|---|---|---|---|
| | Name | | |

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,963.50 |

HALLBERG COMMERCIAL INSURORS
120 W 22ND STREET
OAK BROOK, IL 60523

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,890.00 |

HARD ROCK CONCRETE CUTTERS
601 CHADDICK DRIVE
WHEELING, IL 60090

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $593.93 |

HOME DEPOT
DEPT 32-2184321325
LOUISVILLE, KY 40290

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $404.34 |

HUMANA INSURANCE CO
P.O. BOX 3024
MILWAUKEE, WI 53201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.21 |

IMPERIAL SUPPLIES
C/O NICOLET NATIONAL BANK
, P.O. BOX 2391
GREEN BAY, WI 54305

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,311.00 |

INDUSTRY MAINTENANCE
13642 DEERPATH DRIVE
ORLAND PARK, IL 60462

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $894.00 |

INTERTEK USA
200 WESTLAKE PARK BLVD
BLD 4, SUITE 400
HOUSTON, TX 77079

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | DRW Services, Inc. | Case number (if known) | 18-18995 |
|---|---|---|---|
| | Name | | |

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $105.00 |
|---|---|---|---|

**INTUIT PAYMENT SOLUTIONS**
**2800 E COMMERCE CENTER PLACE**
**TUCSON, AZ 85706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $757.98 |
|---|---|---|---|

**IRPCO/ERIKS NORTH AMERICA**
**P.O. BOX 644819**
**PITTSBURG, PA 15264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $131.25 |
|---|---|---|---|

**KOMPUTER WERKS**
**406 WYSTERIA DRIVE**
**OLYMPIA FIELDS, IL 60461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $114,610.03 |
|---|---|---|---|

**LABORER'S PENSION**
**11465 W CERMAK RD**
**WESTCHESTER, IL 60154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15.27 |
|---|---|---|---|

**LAKESHORE RECYCLING SYSTEMS**
**6132 OAKTON ST.**
**MORTON GROVE, IL 60053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $243.23 |
|---|---|---|---|

**LEEPS SUPPLY**
**8001 TYLER STREET**
**MERRILLVILLE, IN 46410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43,950.76 |
|---|---|---|---|

**LOCAL 597 PIPE FITTERS UNION**
**45 NORTH OGDEN AVE**
**CHICAGO, IL 60607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | DRW Services, Inc. | Case number (if known) | 18-18995 |
|---|---|---|---|
| | Name | | |

---

**3.54** Nonpriority creditor's name and mailing address
MARTINB MECHANICAL
474 KENNEDY AVE.
SCHERERVILLE, IN 46375

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,823.56**

---

**3.55** Nonpriority creditor's name and mailing address
McCANN
534 SOUTH ROWLING ROAD
ADDISON, IL 60101

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$41.10**

---

**3.56** Nonpriority creditor's name and mailing address
McsHANES
P.O. BOX 660831
DALLAS, TX 75266

Date(s) debt was incurred _
Last 4 digits of account number **5000**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$24,244.50**

---

**3.57** Nonpriority creditor's name and mailing address
MPS/CPA
14300 RAVINIA AVENUE
ORLND PARK, IL 60462

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$198.10**

---

**3.58** Nonpriority creditor's name and mailing address
MUELLER & CO
1707 N RANDALL RD., STE. 200
ELGIN, IL 60123

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$11,939.96**

---

**3.59** Nonpriority creditor's name and mailing address
NAFISCO
808 FORESTWOOD DR.
ROMEOVILLE, IL 60446

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$9,869.94**

---

**3.60** Nonpriority creditor's name and mailing address
NOV FIBERGLASS SYSTEMS
2700 WEST 67TH STREET
LITTLE ROCK, AR 72209

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,237.91**

---

| Debtor | **DRW Services, Inc.** | Case number (if known) | **18-18995** |
|---|---|---|---|
| | Name | | |

---

| **3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$426.13** |
|---|---|---|---|
| | **O'REILLY AUTO**<br>**P.O. BOX 9464**<br>**SPRINGFIELD, MO 65801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ <br>Last 4 digits of account number _ | Basis for the claim: _ <br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| **3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$882.51** |
|---|---|---|---|
| | **OIL MARKETING EQUIPMENT**<br>**850 BRENKMAN DRIVE**<br>**PEKIN, IL 61554** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ <br>Last 4 digits of account number _ | Basis for the claim: _ <br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| **3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$54,621.51** |
|---|---|---|---|
| | **OPW FUELING COMPONENTS**<br>**23421 NETWORK PLACE**<br>**CHICAGO, IL 60673** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ <br>Last 4 digits of account number _ | Basis for the claim: _ <br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| **3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,639.93** |
|---|---|---|---|
| | **OZINGA READY MIX**<br>**P.O. BOX 910**<br>**FRANKFORT, IL 60423** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ <br>Last 4 digits of account number _ | Basis for the claim: _ <br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| **3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,560.00** |
|---|---|---|---|
| | **PAC-VAN**<br>**75 REMITTANCE DRIVE SUITE 3300**<br>**CHICAGO, IL 60675** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ <br>Last 4 digits of account number _ | Basis for the claim: _ <br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| **3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$995.00** |
|---|---|---|---|
| | **PEC**<br>**233 GENERAL PATTON AVE**<br>**MANDEVILLE, LA 70471** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ <br>Last 4 digits of account number _ | Basis for the claim: _ <br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| **3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45.32** |
|---|---|---|---|
| | **PICK-A-TOOL**<br>**16360 S HALSTED**<br>**HARVEY, IL 60426** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ <br>Last 4 digits of account number _ | Basis for the claim: _ <br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **DRW Services, Inc.**
_____
Name

Case number (if known)    **18-18995**

| | | |
|---|---|---|
| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*    **$3,538.54** |

PMP CORP
25 SECURITY DR., P.O. BOX 422
AVON, CT 06001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*    **$182.76** |

PRINCIPAL FINANCIAL GROUP
P.O. BOX 10372
DES MOINES, IA 50306

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*    **$1,610.00** |

PROTANIC INC
P.O. BOX 80265
SAUKVILLE, WI 53080

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*    **$13,904.82** |

PWI
211 LINCOLNWAY WEST, P.O. BOX 67
NEW OXFORD, PA 17580

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*    **$9,563.07** |

RDM INDUSTRIAL
850 HARMONY GROVE ROAD
NEBO, NC 28761

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*    **$3,470.98** |

RITTER ENGINEERING
P.O. BOX 8500-4285
PHILADELPHIA, PA 19178

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*    **$4,169.85** |

SANDRICK LAW FIRM
16475 VAN DAM ROAD
SOUTH HOLLAND, IL 60473

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **DRW Services, Inc.** | Case number (if known) | **18-18995** |
|---|---|---|---|
| | Name | | |

---

**3.75** | Nonpriority creditor's name and mailing address
SCOTT N. GELFAND P.A.
5501 UNIVERSITY DR., SUITE 101
CORAL SPRINGS, FL 33067

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$262.50**

---

**3.76** | Nonpriority creditor's name and mailing address
SCOTT R.WHEATON & ASSOCIATES
3108 RIDGE ROAD
LANSING, IL 60438

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.77** | Nonpriority creditor's name and mailing address
STATE AUTO INSURANCE
P.O. BOX 182738
COLUMBUS, OH 43218

Date(s) debt was incurred __

Last 4 digits of account number  4505

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

**$20,331.58**

---

**3.78** | Nonpriority creditor's name and mailing address
STENSTROM PETROLEUM
2422 CENTER ST
ROCKFORD, IL 61108

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$37.92**

---

**3.79** | Nonpriority creditor's name and mailing address
STONY TIRE INC.
19870 STONY ISLAND AVE
LYNWOOD, IL 60411

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,729.90**

---

**3.80** | Nonpriority creditor's name and mailing address
SUNBELT RENTAL
P.O. BOX 409211
ATLANTA, GA 30384

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$728.80**

---

**3.81** | Nonpriority creditor's name and mailing address
SUPERFLEET MASTERCARD
P.O. BOX 923928
NORCROSS, GA 30010

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,269.13**

---

| Debtor | DRW Services, Inc. | Case number (if known) | 18-18995 |
|---|---|---|---|
| | Name | | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,799.40 |
|---|---|---|---|

**T C FUEL COMPONENTS**
**1411 STIRLING COURT**
**PHOENIXVILLE, PA 19460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $863.50 |
|---|---|---|---|

**TANKNOLOGY INC**
**11000 N. MoPAC EXPRESSWAY**
**SUITE 500**
**AUSTIN, TX 78759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,880.40 |
|---|---|---|---|

**UNITED HEALTHCARE**
**P.O. BOX 88106**
**CHICAGO, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,480.31 |
|---|---|---|---|

**UPS**
**LOCKBOX 577**
**CAROL STREAM, IL 60132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,042.40 |
|---|---|---|---|

**VERIZON**
**P.O. BOX 25505**
**LEHIGH VALLEY, PA 18002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,337.92 |
|---|---|---|---|

**WACKER NEUSON FINANCE**
**P.O. BOX 660831**
**DALLAS, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,500.00 |
|---|---|---|---|

**WEX BANK**
**P.O. BOX 6293**
**CAROL STREAM, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **DRW Services, Inc.** | | Case number (if known) | **18-18995** |
|---|---|---|---|---|
| | Name | | | |

| | | |
|---|---|---|
| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
| | **WISCONSIN DEPT OF AGRICULTURE**<br>**P.O. BOX 93178**<br>**MILWAUKEE, WI 53293** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Basis for the claim: _ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

**$128.10**

| | | |
|---|---|---|
| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
| | **WORKING WELL**<br>**35332 EAGLE WAY**<br>**CHICAGO, IL 60678** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Basis for the claim: _ |
| | | Is the claim subject to offset? ☐ No  ☐ Yes |

**$60.00**

| | | |
|---|---|---|
| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
| | **X-PERT/E&R TOWING**<br>**16325 S. CRAWFORD AVE.**<br>**MARKHAM, IL 60426** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Basis for the claim: _ |
| | | Is the claim subject to offset? ☐ No  ☐ Yes |

**$1,779.38**

| | | |
|---|---|---|
| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
| | **ZIRON ENVIRONMENTAL**<br>**302 EAST 25TH STREET**<br>**CHICAGO HEIGHTS, IL 60411** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Basis for the claim: _ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

**$891.50**

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 709,792.92 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 709,792.92 |

**Fill in this information to identify the case:**

Debtor name __DRW Services, Inc.__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) __18-18995__

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

2.1 State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2.2 State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2.3 State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2.4 State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name    **DRW Services, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    **18-18995**

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | Robert L. Gurin | 15957 D'Alene Dr.<br>Delray Beach, FL 33446 | Byline Bank | ■ D  __2.4__<br>☐ E/F  ____<br>☐ G  ____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name    **DRW Services, Inc.**

United States Bankruptcy Court for the:    **NORTHERN DISTRICT OF ILLINOIS**

Case number (if known)    **18-18995**

☐ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional **pages,**
write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
    |---|---|---|
    | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,037,699.35** |
    | **For prior year:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$3,365,225.74** |
    | **For year before that:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$4,176,773.62** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☐ None.

    | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
    |---|---|---|
    | **For prior year:**<br>From **1/01/2017** to **12/31/2017** | **State Auto Insurance - ins. proceeds from fire loss 1/17/17** | **$1,425,000.00** |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

| Debtor | DRW Services, Inc. | | Case number *(if known)*   18-18995 |
|---|---|---|---|

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Robert L. Gurin<br>15957 D'Alene Dr.<br>Delray Beach, FL 33446<br>President | 8/3/2017 | $15,000.00 | repayment of loans |
| 4.2. | Robert L. Gurin<br>15957 D'Alene Drive<br>Delray Beach, FL 33446<br>President | 10/3/17 | $8,000.00 | pay back loan |
| 4.3. | Robert L. Gurin<br>15957 D'Alene Drive<br>Delray Beach, FL 33446<br>President | 7/6/17 | $4,500.00 | repay loan |
| 4.4. | Robert L. Gurin<br>15957 D'Alene Drive<br>Delray Beach, FL 33446<br>President | 7/6/18 | $875.00 | Petty cash |
| 4.5. | Robert L. Gurin<br>15957 D'Alene Dr.<br>Delray Beach, FL 33446<br>President | 8/30/17 | $1,500.00 | repay loan |
| 4.6. | Robert L. Gurin<br>15957 D'Alene Dr.<br>Delray Beach, FL 33446<br>President | 10/18/17 | $10,100.00 | Repay loan |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

Debtor    **DRW Services, Inc.**                                                    Case number *(if known)* **18-18995**

---

| Part 3: | Legal Actions or Assignments |
|---|---|

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this **case.**

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 **days** before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B  Assets – Real and Personal Property)* | | |

---

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

---

Debtor    DRW Services, Inc.                                    Case number (if known)   18-18995

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  Crane, Simon, Clar & Dan f/k/a Crane, Heyman, Simon, Welch & Clar 135 S. LaSalle St., Ste. 3705 Chicago, IL 60603 | | July 5, 2018 | $21,270.00 |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

Debtor    DRW Services, Inc.                                                                    Case number *(if known)* 18-18995

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
    *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

    *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

    *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☐ No.
■ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| State of Illinois v. Exxon Mobil, et al. 06 CH2255 | Circuit Court of the 18th Jud. Cir. DuPage County, State of Illinois | Consent Order<br><br>Closed 2007 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. Has the debtor notified any governmental unit of any release of hazardous material?

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. Other businesses in which the debtor has or has had an interest
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN | |
|---|---|---|---|
| | | Dates business existed | |

26. Books, records, and financial statements
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | Phil Salvador<br>Mueller & Co.<br>14003 Ravinia Ave.<br>Orland Park, IL 60462 | 2013 to present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Debtor   **DRW Services, Inc.**                                                    Case number *(if known)* **18-18995**

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.1. | **Phil Salvador** **Mueller & Co.** **14003 Ravinia Ave.** **Orland Park, IL 60462** | **2013 to present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Phil Salvador** **Mueller & Co.** **14003 Ravinia Ave.** **Orland Park, IL 60462** | |
| 26c.2. | **DRW Services, Inc.** **600 E. Joe Orr Rd.** **Chicago Heights, IL 60411** | **Some books and records destroyed in the fire** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

Name and address

## 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Robert Gurin** | **15957 D'Alene Drive** **Delray Beach, FL 33446** | **President** | **100** |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

## 30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Debtor    DRW Services, Inc.                                          Case number *(if known)*  **18-18995**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1  Robert  L. Gurin<br>15957 D'Alene Drive<br>Delray Beach, FL 33446 | $4,000/week - gross | throughout 2017 and 2018 | salary |
| Relationship to debtor | | | |

31. Within 6 years before filing this **case**, has the debtor been a member of any consolidated group for tax purposes?

☑  No
☐  Yes. Identify below.

Name of the parent corporation                                 Employer Identification number of the parent corporation

32. Within 6 years before filing this **case**, has the debtor as an employer been responsible for contributing to a pension fund?

☑  No
☐  Yes. Identify below.

Name of the pension fund                                       Employer Identification number of the parent corporation

Debtor    DRW Services, Inc.                                     Case number (if known)    18-18995

## Part 14:    Signature and Declaration

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this Statement of Financial Affairs and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    August 6, 2018

_____          Robert L. Gurin
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    Chief Executive Officer

Are additional pages to Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207) attached?

☒ No
☐ Yes

## United States Bankruptcy Court
### Northern District of Illinois

In re   DRW Services, Inc.

Debtor(s)

Case No.   18-18995
Chapter   11

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Robert Gurin<br>16587 D'Alene Drive<br>Delray Beach, FL 33446 | Shares | 100% | Stock |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   August 6, 2018

Signature _____

Robert L. Gurin

*Penalty for making a false statement of concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.*
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**United States Bankruptcy Court**
**Northern District of Illinois**

In re    DRW Services, Inc. _____    Case No.    18-18995 ___

Debtor(s)    Chapter    11 ___

## VERIFICATION OF CREDITOR MATRIX - AMENDED

Number of Creditors: _____    104

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my
(our) knowledge.

Date:    August 6, 2018 _____

Robert L. Gurin/Chief Executive Officer
Signer/Title

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

1212 NORTH BRANCH
50 N. GARDEN AVE
Case 18-18995    Doc 34
ROSELLE, IL 60172

BADGER DAYLIGHTING CORP
8930 MOTORSPORTS WAY
BROWNSBURG, IN 46112
Filed 08/06/18   Entered 08/06/18 15:29:34   Desc Main
Document    Page 42 of 46

CITI BUSINESS CARD
P.O. BOX 9001037
LOUISVILLE, KY 40290

AAA SUPPLY CORP
608 RT 41
SCHERERVILLE, IN 46375

BEACON SSI
2413 7TH AVE
NORTH RIVERSIDE, IL 60546

CNH INDUSTRIAL CAPITAL
P.O. BOX 3600
LANCASTER, PA 17604

AIRGAS USA, LLC
6055 ROCKSIDE WOODS BLVD N
INDEPENDENCE, OH 44131

BENNETT PUMP COMPANY
1218 E. PONTALUNA ROAD
SPRING LAKE, MI 49456

CNH INDUSTRIAL/PRODUCTIVITY
DEPT. 18 - 1138201169
P.O. BOX 78004
PHOENIX, AZ 85062

ALLY FINANCIAL
P.O. BOX 380902
BLOOMINGTON, MI 55438

BRANICK INSUDTRIES INC
P.O. BOX 1937
FARGO, ND 58107

COLUMBIA PIPE & SUPPLY
23671 NETWORK PLACE
CHICAGO, IL 60673

AMERICAN CLASSIC REBAR
15810 SUNTONE DR
SOUTH HOLLAND, IL 60473

BRAVO SYSTEMS
2929 VAIL AVENUE
COMMERCE, CA 90040

COMMONWEALTH EDISON
P.O. BOX 6111
CAROL STREAM, IL 60197

American Express
Box 0001
Los Angeles, CA 90096-8000

BRITES TRANSPORTATION
330 E JOE ORR RD
CHICAGO HEIGHTS, IL 60411

CONTAINMENT SOLUTIONS
333 N RIVERSHIRE DR., STE 190
CONROE, TX 77304

AMERICAN TELEPHONE
27 N WACKER DR #559
CHICAGO, IL 60606

Byline Bank
10 Martingale Rd., Ste. 100
Schaumburg, IL 60173

COOK COUNTY TREASURER
P.O. BOX 805438
CHICAGO, IL 60680

ANDERSON PUMP SERVICE
19659 S 97TH AVE
MOKENA, IL 60445

CALUMET WASTE & RECYCLING
1101 EAST 139TH STREET
EAST CHICAGO, IN 46312

CROSSTOWN ELECTRIC
701 FARGO AVENUE
ELK GROVE VILLAGE, IL 60007

ARCO ELECTRIC COMPANY
3333 E 143RD ST
BURNHAM, IL 60633

CAPITAL ONE
P.O. BOX 6492
CAROL STREAM, IL 60197

DAVIS McGRATH LLC
125 SOUTH WACKER DRIVE
SUITE 1380
CHICAGO, IL 60606

B&B CONSTRUCTION
1288 BUNGALOW ROAD
MORRIS, IL 60450

CARROLL-NET INC
905 MAIN STREET
HACKENSACK, NJ 07601

DOUGLAS HARMON
1923 CALLA DRIVE
JOLIET, IL 60435

DROP ZONE PORTABLE SERVICES
312 ALESSIO DR.
JOLIET, IL 60435

Case 18-18995    Doc 34

Ferd Meter Credit
PO Box 219086 AC
Document 86
Kansas City, MO 64121

Entered 08/06/18 15:29:34    Desc Main
Page 43 of 46

IMPERIAL SUPPLIES
C/O NICOLET NATIONAL BANK
. P.O. BOX 2391
GREEN BAY, WI 54305

DYKSTRA CONCRETE COMPANY
13768 S KILDARE AVENUE
CRESTWOOD, IL 60445

FUTURE ENVIRONMENTAL
19701 SOUTH 97TH AVE
MOKENA, IL 60448

INDUSTRY MAINTENANCE
13642 DEERPATH DRIVE
ORLAND PARK, IL 60462

Edmond M. Burke
Chuhak & Tecson PC
30 S. Wacker Dr., Ste. 2600
Chicago, IL 60606

GASAWAY MAINTENANCE CO
P.O. BOX 4986
OAK BROOK, IL 60522

INTERTEK USA
200 WESTLAKE PARK BLVD
BLD 4, SUITE 400
HOUSTON, TX 77079

ELGEE METER CO
P.O.BOX 595
JOLIET, IL 60634

GLOBE MIDWEST
25800 NORTHWESTERN Hwy
SUITE 885
SOUTHFIELD, MI 48075

INTUIT PAYMENT SOLUTIONS
2800 E COMMERCE CENTER PL.
TUCSON, AZ 85706

ENVIRONMENTAL MANUFACTURING
8887 GREEN VALLEY DRIVE
MANHATTAN, KS 66502

GRAINGER
DEPT. 801721267
PALATINE, IL 60038

IRPCO/ERIKS NORTH AMERICA
P.O. BOX 644819
PITTSBURG, PA 15264

ESCO SERVICES INC
7200 19 MILE RD.
STERLING HEIGHTS, MI 48314

HALLBERG COMMERCIAL INSURORS
120 W 22ND STREET
OAK BROOK, IL 60523

KOMPUTER WERKS
406 WYSTERIA DRIVE
OLYMPIA FIELDS, IL 60461

FASTENAL COMPANY
P.O. BOX 1286
WINONA, MN 55986

HARD ROCK CONCRETE CUTTERS
601 CHADDICK DRIVE
WHEELING, IL 60090

LABORER'S PENSION
11465 W CERMAK RD
WESTCHESTER, IL 60154

FASTENAL COMPANY
P.O. BOX 978
WINONA, MN 55987

HOME DEPOT
DEPT 32-2184321325
LOUISVILLE, KY 40290

LAKESHORE RECYCLING SYSTEM
6132 OAKTON ST.
MORTON GROVE, IL 60053

FIBERGLASS SOLUTIONS INC
436 BELDEN AVENUE
ADDISON, IL 60101

HUMANA INSURANCE CO
P.O. BOX 3024
MILWAUKEE, WI 53201

LEEPS SUPPLY
8001 TYLER STREET
MERRILLVILLE, IN 46410

FIRST INSURANCE FUNDING
P.O. BOX 7000
CAROL STREAM, IL 60197

HYG FINANCIAL SERVICES
P.O. BOX 14545
DES MOINES, IA 50306

LOCAL 597 PIPE FITTERS UNION
45 NORTH OGDEN AVE
CHICAGO, IL 60607

McCANN
534 SOUTH ROWLING ROAD
ADDISON, IL 60101

OZINGA READY MIX
P.O. BOX 910
FRANKFORT, IL 60423

Robert L. Gurin
15957 D'Alene Dr.
Delray Beach, FL 33446

McsHANES
P.O. BOX 660831
DALLAS, TX 75266

PAC-VAN
75 REMITTANCE DRIVE SUITE 3300
CHICAGO, IL 60675

SANDRICK LAW FIRM
16475 VAN DAM ROAD
SOUTH HOLLAND, IL 60473

MPS/CPA
14300 RAVINIA AVENUE
ORLND PARK, IL 60462

PEC
233 GENERAL PATTON AVE
MANDEVILLE, LA 70471

SCOTT N. GELFAND P.A.
5501 UNIVERSITY DR., SUITE 101
CORAL SPRINGS, FL 33067

MUELLER & CO
1707 N RANDALL RD., STE. 200
ELGIN, IL 60123

PICK-A-TOOL
16360 S HALSTED
HARVEY, IL 60426

SCOTT R.WHEATON & ASSOCIAT
3108 RIDGE ROAD
LANSING, IL 60438

NAFISCO
808 FORESTWOOD DR.
ROMEOVILLE, IL 60446

PMP CORP
25 SECURITY DR., P.O. BOX 422
AVON, CT 06001

STATE AUTO INSURANCE
P.O. BOX 182738
COLUMBUS, OH 43218

NOV FIBERGLASS SYSTEMS
2700 WEST 67TH STREET
LITTLE ROCK, AR 72209

PRINCIPAL FINANCIAL GROUP
P.O. BOX 10372
DES MOINES, IA 50306

STENSTROM PETROLEUM
2422 CENTER ST
ROCKFORD, IL 61108

O'REILLY AUTO
P.O. BOX 9464
SPRINGFIELD, MO 65801

PROTANIC INC
P.O. BOX 80265
SAUKVILLE, WI 53080

STONY TIRE INC.
19870 STONY ISLAND AVE
LYNWOOD, IL 60411

OIL MARKETING EQUIPMENT
850 BRENKMAN DRIVE
PEKIN, IL 61554

PWI
211 LINCOLNWAY WEST, P.O. BOX 67
NEW OXFORD, PA 17580

SUNBELT RENTAL
P.O. BOX 409211
ATLANTA, GA 30384

ondeck line of credit
901 n stuart st suite 700
ARLINGTON, VA 22203

RDM INDUSTRIAL
850 HARMONY GROVE ROAD
NEBO, NC 28761

SUPERFLEET MASTERCARD
P.O. BOX 923928
NORCROSS, GA 30010

T C FUEL COMPONENTS
1411 STIRLING COURT
PHOENIXVILLE, PA 19460

Case 18-18995    Doc 34    Filed 08/06/18    Entered 08/06/18 15:29:34    Desc Main
Document    Page 45 of 46

WISCONSIN DEPT OF AGRICULTURE
P.O. BOX 93178
MILWAUKEE, WI 53293

TANKNOLOGY INC
11000 N. MoPAC EXPRESSWAY
SUITE 500
AUSTIN, TX 78759

WORKING WELL
35332 EAGLE WAY
CHICAGO, IL 60678

UNITED HEALTHCARE
P.O. BOX 88106
CHICAGO, IL 60680

X-PERT/E&R TOWING
16325 S. CRAWFORD AVE.
MARKHAM, IL 60426

UPS
LOCKBOX 577
CAROL STREAM, IL 60132

ZIRON ENVIRONMENTAL
302 EAST 25TH STREET
CHICAGO HEIGHTS, IL 60411

VERIZON
P.O. BOX 25505
LEHIGH VALLEY, PA 18002

WACKER NEUSON FINANCE
P.O. BOX 660831
DALLAS, TX 75266

Wacker Neuson Finance
PO Box 660831
Dallas, TX 75266-0831

Wells Fargo
PO Box 3072
Cedar Rapids, IA 52406-3072

WELLS FARGO VENDOR FIN SERV
P.O. BOX 105742
ATLANTA, GA 30348-5743

WEX BANK
P.O. BOX 6293
CAROL STREAM, IL 60197

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **DRW Services, Inc.**                                                            Case No.  **18-18995**

                                              Debtor(s)                    Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
      compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
      be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|                                                                              |     |            |
|------------------------------------------------------------------------------|-----|-----------:|
| For legal services, I have agreed to accept                                  | $   | 21,270.00  |
| Prior to the filing of this statement I have received                        | $   | 21,270.00  |
| Balance Due **as allowed per court order**                                   | $   | n/a        |

2.    The source of the compensation paid to me was:

      ☐ Debtor     ☑ Other (specify): **(Loan from Robert L. Gurin)**

3.    The source of compensation to be paid to me is:

      ☑ Debtor     ☐ Other (specify):

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
      e.  [Other provisions as needed]

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

      I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**August 6, 2018**                                  /s/SCOTT R. CLAR
*Date*                                              **SCOTT R. CLAR**
                                                    *Signature of Attorney*
                                                    **Crane, Simon, Clar & Dan**
                                                    **Suite 3705**
                                                    **135 South LaSalle Street**
                                                    **Chicago, IL 60603-4297**
                                                    **312-641-6777  Fax: 312-641-7114**
                                                    *Name of law firm*

---